1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL GONZALEZ,<br><br>               Petitioner,<br><br>         v.<br><br>WARDEN, IRONWOOD STATE<br>PRISON,<br><br>            Respondent. | ) Case No. CV 15-0343-ODW (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

15
16
17
18
19

    Under 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

20
21

    IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

22
23
24

DATED: December 30, 2015                                         
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE

25
26
27
28