UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GONZALEZ,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, IRONWOOD STATE PRISON,<br><br>        Respondent. | Case No. CV 15-0343-ODW (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 30, 2015

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE